IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-571-GMS |
| v. | ) |
| | ) JURY TRIAL DEMANDED |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101

Pursuant to Federal Rule of Civil Procedure 12(b)(6), Defendant Google LLC respectfully moves this Court to dismiss the Complaint filed by Plaintiff CyWee Group Ltd. for failure to state a claim upon which relief can be granted, as the Asserted Patents are invalid under 35 U.S.C. § 101 for claiming ineligible subject matter. The grounds for this motion are set forth more fully in the Opening Brief and related documents being filed contemporaneously herewith.

|  |  |
|---|---|
|  | /s/ Kelly E. Farnan |
|  | Frederick L. Cottrell, III (#2555) |
|  | Kelly E. Farnan (#4395) |
|  | Sara M. Metzler (#6905) |
|  | RICHARDS, LAYTON & FINGER, P.A. |
| OF COUNSEL: | One Rodney Square |
|  | 920 N. King Street |
| Darin W. Snyder | Wilmington, DE 19801 |
| Luann L. Simmons | (302) 651-7700 |
| David S. Almeling | cottrell@rlf.com |
| Mishima Alam | farnan@rlf.com |
| Bill Trac | metzler@rlf.com |
| O'MELVENY & MYERS LLP |  |
| Two Embarcadero Center, 28th Floor | *Attorneys for Defendant Google LLC* |
| San Francisco, CA  94111 |  |
| (415) 984-8700 |  |

Dated:  June 11, 2018

RLF1 19488809v.1