IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-571-GMS |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

## DECLARATION OF BILL TRAC IN SUPPORT OF DEFENDANT'S RULE 12(B)(6) MOTION TO DISMISS UNDER 35 U.S.C. § 101

I, Bill Trac, declare as follows:

1. I am an attorney at O'Melveny & Myers LLP and have been admitted *pro hac vice* in the above captioned litigation as counsel for Defendant Google LLC ("Google").

2. Attached as Exhibit G is a true and correct copy of CyWee's Opening Claim Construction Brief in *CyWee Group Ltd. v. Samsung Electronics Co., Ltd. et al.*, No. 2-17-cv-00140-WCB-RSP (E.D. Tex.).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on the 19th day of July, 2018 in San Francisco, California.

_____
Bill Trac