IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

CYWEE GROUP LTD.,

    Plaintiff,

v.

GOOGLE LLC,

    Defendant.

Civil Action No. 18-571-RGA

ORDER

IT IS HEREBY ORDERED that Defendant's Motion to Dismiss Under 35 U.S.C. § 101 (D.I. 8) is DENIED for the reasons stated in the opinion of the United States District Court for the Eastern District of Texas denying summary judgment on invalidity (D.I. 32-1).

Entered this 17 day of December, 2018.

_____
United States District Judge