IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) C.A. No. 18-571-RGA |
| v. | ) |
| | ) |
| GOOGLE LLC, | ) |
| | ) |
| Defendant. | ) |

**STIPULATION AND [PROPOSED] ORDER REGARDING STAY**

WHEREAS, Plaintiff CyWee Group Ltd. ("CyWee") has filed a Complaint against Defendant Google LLC ("Google") alleging infringement of U.S. Patent Nos. 8,441,438 and 8,552,978 (collectively, the "patents-in-suit");

WHEREAS, Google has filed the following petitions for *inter partes* review ("IPR") challenging certain claims in the patents-in-suit: IPR2018-01257 and IPR2018-01258 (the "IPR Proceedings").

WHEREAS, the Patent Trial and Appeal Board has instituted the IPR Proceedings on all challenged claims of the patents-in-suit;

WHEREAS, Google has indicated its intent to move to stay this case pending completion of the IPR Proceedings;

WHEREAS, in the interest of avoiding unnecessary motion practice, and to conserve judicial resources, the parties have agreed to stay this case pending final resolution of the IPR Proceedings;

IT IS HEREBY STIPULATED by the parties, subject to the approval of the Court, that this case is stayed pending final resolution, including any appeal, of the IPR Proceedings on the patents-in-suit.  Each party reserves the right to request that the stay be lifted or modified due to changed circumstances.

RLF1 20546421v.1

| | |
|---|---|
| /s/ Stamatios Stamoulis | /s/ Kelly E. Farnan |
| Stamatios Stamoulis (#4606) | Frederick L. Cottrell, III (#2555) |
| Richard C. Weinblatt (#5080) | Kelly E. Farnan (#4395) |
| Stamoulis & Weinblatt LLC | Sara M. Metzler (#6509) |
| 6 Denny Road, Suite 307 | Richards, Layton & Finger, P.A. |
| Wilmington, DE 19809 | One Rodney Square |
| (302) 999-1540 | 920 N. King Street |
| stamoulis@swdelaw.com | Wilmington, DE 19801 |
| weinblatt@swdelaw.com | (302) 651-7700 |
| | cottrell@rlf.com |
| *Attorneys for Plaintiff* | farnan@rlf.com |
| | metzler@rlf.com |

OF COUNSEL:

Darin W. Snyder
Luann L. Simmons
David S. Almeling
Mishima Alam
Bill Trac
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA  94111
(415) 984-8700

*Attorneys for Defendant*

SO ORDERED this _____ day of January, 2019

_____
United States District Judge