IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP, LTD., | : |
| Plaintiff, | : |
| v. | : Civil Action No. 18-571-RGA |
| GOOGLE, LLC, | : |
| Defendant. | : |

## ORDER

WHEREAS, the above-captioned case was stayed on January 4, 2019, due to *inter partes* review ("IPR") proceedings that are presently pending before the Patent Trial and Appeal Board (D.I. 38);

NOW THEREFORE, IT IS HEREBY ORDERED that, the above-captioned case is **ADMINISTRATIVELY CLOSED**. The parties shall promptly notify the Court when the "IPR" proceedings have been resolved so that this case may be reopened and other appropriate action may be taken.

January 4, 2019
DATE

_Richard G. Andrews_
UNITED STATES DISTRICT JUDGE