**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE**

| | | |
|---|---|---|
| CYWEE GROUP LTD., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | C.A. No. 18-571-RGA |
| | ) | |
| GOOGLE LLC, | ) | **JURY TRIAL DEMANDED** |
| | ) | |
| Defendant. | ) | |

## <u>GOOGLE'S NOTICE OF FINAL WRITTEN DECISIONS IN *INTER PARTES* REVIEW PROCEEDINGS</u>

Defendant Google LLC respectfully notifies the Court that on January 9, 2020, the Patent Trial and Appeal Board ("PTAB") issued final written decisions in IPR2018-01257 and IPR2018-01258 (the "IPR Proceedings"), determining that all challenged claims in the IPR Proceedings are unpatentable. The claims at issue in the IPR Proceedings are claims 1 and 3-5 of U.S. Patent No. 8,441,438 and claims 10 and 12 of U.S. Patent No. 8,552,978. Copies of the final written decisions can be provided upon request of the Court.

Plaintiff has until February 10 to file requests for rehearing of the final written decisions with the PTAB or until March 12 to file notices of appeal of the final written decisions to the Federal Circuit. Pursuant to the Court's previous order, this case remains stayed. D.I. 38 ("this case is stayed pending final resolution, including any appeal, of the IPR Proceedings.").

<table>
<tr><td></td><td>/s/ Frederick L. Cottrell, III</td></tr>
</table>

OF COUNSEL:

Darin W. Snyder
Luann L. Simmons
David S. Almeling
Bill Trac
O'MELVENY & MYERS LLP
Two Embarcadero Center, 28th Floor
San Francisco, CA 94111
(415) 984-8700

Dated:  January 17, 2020

*/s/ Frederick L. Cottrell, III*
Frederick L. Cottrell, III (#2555)
Kelly E. Farnan (# 4395)
Richards, Layton & Finger, P.A.
One Rodney Square
920 N. King Street
Wilmington, DE 19801
(302) 651-7700
cottrell@rlf.com
farnan@rlf.com

*Attorneys for Defendant Google LLC*

2