## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., | CASE NO. 18-cv-00571-RGA |
| Plaintiff, | |
| v. | |
| GOOGLE, LLC., | NOTICE OF WITHDRAWAL |
| Defendant. | |

PLEASE TAKE NOTICE that attorneys Alfonso G. Chan, Christopher Evans, Ari B. Rafilson, William D. Ellerman, and Paul T. Beeler of Shore Chan LLP hereby withdraw their appearances as counsel for Plaintiff CyWee Group Ltd.  All other attorneys involved in the case from Shore Chan LLP and Stamoulis & Weinblatt LLC will continue to represent Plaintiff.

Dated: July 27, 2022

Respectfully submitted,

STAMOULIS & WEINBLATT LLC

/s/ *Stamatios Stamoulis*
Stamatios Stamoulis #4606
Richard C. Weinblatt #5080
800 N. West Street, Third Floor
Wilmington, DE 19801
stamoulis@swdelaw.com
weinblatt@swdelaw.com
Tel: (302) 999-1540

Michael W. Shore (Texas 18294915)
Alfonso G. Chan (Texas 24012408)
Christopher Evans (Texas 24058901)
Ari B. Rafilson (Texas 24060456)
William D. Ellerman (Texas 24007151)
Paul T. Beeler (Texas 24095432)
SHORE CHAN LLP
901 Main Street, Suite 3300
Dallas, Texas 75202
Telephone (214) 593-9110
Facsimile (214) 593-9111

*Attorneys for Plaintiff CyWee Group Ltd.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2022, I electronically filed the above document with the Clerk of Court using CM/ECF, which will send electronic notification of such filings to all registered counsel.

*/s/Stamatios Stamoulis*
Stamatios Stamoulis (#4606)