# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CYWEE GROUP LTD., *Plaintiff,* v. GOOGLE LLC, *Defendant.* | C.A. NO. 18-571-RGA |

## STIPULATION OF DISMISSAL

WHEREAS, all asserted claims of both patents asserted by Plaintiff CyWee Group Ltd. have been held unpatentable in final written decisions by the Patent Office in IPR proceedings, and such decisions have been affirmed by the Federal Circuit. *See CyWee Group Ltd. v. Google LLC*, 59 F.4th 1263 (Fed. Cir. 2023); *CyWee Group Ltd. v. ZTE (USA), Inc.*, 90 F.4th 1358 (Fed. Cir. 2024);

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff CyWee Group Ltd. and Defendant Google LLC, and subject to approval of the Court, that pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, Plaintiff's claims for relief against Defendant are dismissed with prejudice and Defendant's claims, defenses or counterclaims for relief against Plaintiff are dismissed without prejudice.

| | |
|---|---|
| /s/ *Stamatios Stamoulis* | /s/ *Kelly E. Farnan* |
| **STAMOULIS & WEINBLATT LLC** | Frederick L. Cottrell, III (#2555) |
| Stamatios Stamoulis (#4606) | Kelly E. Farnan (#4395) |
| Richard C. Weinblatt (#5080) | **RICHARDS, LAYTON & FINGER, P.A.** |
| 800 N. West Street, Third Floor | One Rodney Square |
| Wilmington, Delaware 19801 | 920 N. King Street |
| Telephone: (302) 999-1540 | Wilmington, DE 19801 |
| stamoulis@swdelaw.com | Telephone: (302) 651-7700 |
| weinblatt@swdelaw.com | cottrell@rlf.com |
| | farnan@rlf.com |

| | |
|---|---|
| **THE SHORE FIRM**<br>Michael W. Shore (Texas 18294915)<br>901 Main Street, Suite 3300<br>Dallas, Texas 75202<br>Telephone: (214) 593-9110<br>mshore@shorefirm.com<br><br>COUNSEL FOR PLAINTIFF<br>CYWEE GROUP LTD. | OF COUNSEL:<br>Darin W. Snyder<br>Luann L. Simmons<br>David S. Almeling<br>Bill Trac<br>**O'MELVENY & MYERS LLP**<br>Two Embarcadero Center, 28th Floor<br>San Francisco, CA 94111<br>Telephone: (415) 984-8700<br>dsnyder@omm.com<br>lsimmons@omm.com<br>dalmeling@omm.com<br>btrac@omm.com<br><br>COUNSEL FOR DEFENDANT<br>GOOGLE LLC |
| Dated: July 5, 2024 | |

**SO ORDERED** this ___8th___ day of July, 2024.

                                                             /s/ Richard G. Andrews
                                            UNITED STATES DISTRICT JUDGE